

NUMBER 13-14-00581-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**LUPE RIVERA,** **Appellant,**

**v.**

**LETICIA "LETTY" LOPEZ,** **Appellee.**

---

### On appeal from the 370th District Court
### of Hidalgo County, Texas.

---

# ORDER

### Before Justices Rodriguez, Benavides, and Perkes
### Order Per Curiam

Appellant, Lupe Rivera, has filed a notice of appeal from the final judgment in this case pursuant to the Texas Election Code. *See* TEX. ELEC. CODE ANN. § 232.014 (West, Westlaw through 2013 3d C.S.). According to his notice of appeal, the trial court signed an order ordering a new election in this case on September 25, 2014. The trial court has

not entered an order pertaining to the deadline for filing the trial court record in the appellate court or entered any other orders to expedite the appeal. *See id.*

Accordingly, the Court orders the clerk's record and reporters' record to be filed in this cause within ten days from the date of this order. Appellant's brief will then be due within fourteen days from the date that the appellate record has been filed, and appellee's brief will be due seven days thereafter.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
20th day of October, 2014.

2